PD-0958-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

ROBERT MUNOZ

V.

CAUSE NO CR-88-496.

THE STATE OF TEXAS

MOTION REQUESTING (60) SIXTY DAYS TO FILE A PETITION FOR DISCRETIONARY REVIEW. ON APPEAL CAUSE NO 11-13-00134 CR

TO WHOM IT MAY CONCERN, ON 6-30-15 THE DIRECT APPEAL WAS DECIDED. HOWEVER MY ATTORNEY KNOWING THAT I HAD LIMITED TIME TO FILE SAID PDR OR ANY EXTENSION TO FILE PDR. FAILED TO FORWARD SAID COURT DECISION TO ME WHEN THE COURT ENTERED THE DECISION. HE MAILED THE DOCUMENTS TO ME ON 7-17-15 AND I RECEIVED IT ON 7-22-15 AT THE STEVENSON UNITS MAIL ROOM.

THEREFORE THE TIME HAS ALMOST RUNNED OUT.

I NEED THE TIME TO DO MY RESEARCH AND BE ABLE TO FILE A RESPONSE.

FILED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

RESPECTFULLY SUBMITTED BY

ROBERT MUNOZ.

7-24-15

CERTIFICATE OF SERVICE

ON 7-24-'15 THE MOTION FOR EXTENTION OF TIME WAS
PLACED ON THE STEVENSON'S MAIL BUT FOR IT TO BE DELIVERED
AT THE COURT OF CRIMINAL APPEALS IN AUSTIN TEXAS.

RETURN RECEIPT REQUESTED

ROBERT MUNOZ TDC-1859917
1525 FM 766 STEVENSON UNIT.
CUERO TEXAS 77954

X _____                    -7-24-'15

ROBERT MUNOZ

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

TRIAL CAUSE NO. CR-38496

ROBERT MUÑUZ

V

THE STATE OF TEXAS

APPEAL CAUSE

NO. 11-13-00134-CR.

## ORDER

ON TODAYS DATE _____ _____ 2015 PETIONERS MOTION FOR THE (60) SIXTY DAYS EXTENTION TO FILE HIS R.D.R CAME TO BE HEARD AND AFTER HEARING THE FACTS OF THE PETITION IT HAS BEEN DECIDED BY THIS COURT THAT PETITIONER'S MOTION BE:

GRANTED: _____

DENIED: _____

✻ _____

C/C